IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ORBSAK, L.L.C., an Illinios Limited Liability Company, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 2:05-CV-519 (WARD) |
| | § | |
| THE DIRECTV GROUP, INC., et al, | § | |
| | § | |
| Defendants. | § | |

**STIPULATED ORDER OF DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT, ECHOSTAR SATELLITE, L.L.C.**

The Court having considered the motion for entry of a stipulated order of dismissal of claims between Plaintiff Orbsak, L.L.C. ("Orbsak") and Defendant Echostar Satellite, L.L.C. ("Echostar") hereby GRANTS the motion.

**IT IS HEREBY ORDERED** that this case is dismissed as to Echostar Satellite, L.L.C., with prejudice, and without attorney's fees or costs to either party. This order does not affect the rights of Orbsak against any other party in the case

SIGNED this 22nd day of November, 2006.

T. John Ward

T. JOHN WARD
UNITED STATES DISTRICT JUDGE